IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ERIEN FRAZIER,**

 **Plaintiff,**

**v.**            *     **CIVIL NO. JKB-21-2936**

**LVNV FUNDING, LCC, et al.,**

 **Defendants.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

Pending before the Court is Defendant Equifax Information Services LLC's ("Equifax") Motion for Reconsideration and Opposition to Extend Discovery. (ECF No. 53.) The Motion will be denied. On August 31, 2022, *pro se* Plaintiff Erien Frazier filed a Motion to Extend Discovery, which sought an extension from August 30, 2022 to September 14, 2022 to file a status report and to complete discovery. (ECF No. 49.) Frazier represented that she filed the Motion to Extend Discovery "after conferring and obtaining the consent of Defendants LVNV Funding, LLC and Equifax Information Solutions, LLC." (*Id.*) The Court granted the extension. (ECF No. 50.) In the instant Motion for Reconsideration, Equifax asks the Court to reconsider the grant of the extension, and explains that it had in fact "informed [Frazier] that it *opposed* the motion and set forth specific reasons for its opposition on August 30, 2022." (ECF No. 53 at 1.) Despite the circumstances, the Court discerns no prejudice to Equifax by the grant of a modest extension, particularly where the parties' dispositive motions deadline is not until September 30, 2022. The Court will therefore deny the Motion for Reconsideration.

However, the Court is deeply troubled by Equifax's suggestion that Frazier represented that there was consent when there was none. If proven, this is sanctionable conduct. The parties are cautioned that they must ensure that any representations to this Court, particularly representations as to the statements of other parties, are completely accurate.

Further, Frazier has filed a Motion to Compel, which is not yet ripe. (ECF No. 52.) The Court will consider this Motion in due course. Local Rules 104.7 and 104.8(b) require that counsel confer regarding discovery disputes, including motions to compel. Although Frazier is proceeding *pro se*, the Court urges the parties to meet and confer to resolve the dispute.

Accordingly, it is ORDERED that:

1. Defendant Equifax's Motion for Reconsideration and Opposition to Extend Discovery (ECF No. 53) is DENIED and

2. The parties are CAUTIONED that misrepresentations to the Court may result in sanctions.

DATED this ___8___ day of September, 2022.

BY THE COURT:

_____
James K. Bredar
Chief Judge