IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIEN FRAZIER, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-21-2936 |
| LVNV FUNDING, LLC et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is ORDERED that:

1. Defendant Equifax Information Services LLC's Motion for Summary Judgment (ECF No. 67) is GRANTED;

2. Defendant LVNV Funding, LLC's Motion for Summary Judgment (ECF No. 68) is GRANTED;

3. Plaintiff Erien Frazier's Motion for Leave to File an Amended Complaint (ECF No. 70) is DENIED;

4. The Clerk is DIRECTED to close this case; and

5. The Clerk is DIRECTED to mail a copy of this Memorandum and Order to Plaintiff.

DATED this 28 day of April, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge